**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STEVE PACHECO, | ) | |
| | ) | |
| Plaintiff, | ) | No._____ |
| | ) | |
| v. | ) | Removed from the Circuit Court |
| | ) | of DuPage County, Illinois |
| JOSHUA CHRISTENSON, et al. | ) | Case No. 25 LA 001542 |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1331, 1441, and 1446, Defendants CITY OF NAPERVILLE, JOSHUA CHRISTENSON, and ARBEN SYLEJMANI ("Defendants") hereby gives notice of the removal of this civil action, which is currently pending in the Circuit Court of DuPage County, Illinois as Case No. 25 LA 001542, to the United States District Court for the Northern District of Illinois, Eastern Division. In support of its Notice of Removal, Defendants state as follows:

1. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution… of the United States." 28 U.S.C. § 1331; *see also Jogi v. Voges,* 480 F.3d 822, 825 (7th Cir. 2007) (noting that the assertion of a claim arising under any one of the sources of federal law specified in Section 1331 is enough to support subject matter jurisdiction).

2. On December 1, 2025, Plaintiff filed an action in the Circuit Court of DuPage County, Illinois entitled *Steve Pacheco v. Joshua Christenson, in his capacity as a school resource officer for the City of Naperville, Arben Sylejmani, in his capacity as a police officer for the City of Naperville, the City of Naperville*, and *the Board of Education Naperville Community Unit School District 203, DuPage and Will Counties, Illinois*, Case No. 25 LA 001542 ("State Court Action").

3. The Complaint purports to assert violations of the First Amendment, Fourth Amendment, and Fourteenth Amendment under 28 U.S.C. § 1331 and a state law claim of malicious prosecution, and request for declaratory relief, which the Court has supplemental jurisdiction of under 28 U.S.C. § 1367. The First, Fourth and Fourteenth Amendment claims and state law claim all arise from an ordinance violation that issued on May 19, 2025.

4. Pursuant to 28 U.S.C. § 1446(a), a complete copy of all process and pleadings served upon Defendants in the State Court Action are attached hereto as **Exhibit 1**.

5. Defendants City of Naperville, Board of Education of Naperville Community Unit School District 203 and Arben Sylejmani were served with a copy of the Complaint in the State Court Action on January 2, 2026. Defendant Joshua Christenson was served with a copy of the Complaint in the State Court Action on January 7, 2026.

6. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it has been filed within 30 days after Joshua Christenson received notice of the Complaint. Counsel has confirmed that the earlier served defendants consent to removal of the action.

7. In accordance with 28 U.S.C. § 1446(d), following the filing of this Notice, written notice of the filing of this Notice of Removal will be given to the Plaintiff and Defendant City of Naperville, Board of Education of Naperville Community Unit School District 203 and will be filed with the Clerk of Court for the Circuit Court of DuPage County, Illinois.

8. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the Northern District of Illinois is the federal judicial district embracing the Circuit Court for DuPage County where the State Court Action was originally filed.

9. Therefore, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441(a) and 1441(c).

WHEREFORE, Defendants pray that the above-entitled action now pending in the Circuit Court of DuPage County, Illinois, Law Division be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1331.

Respectfully submitted,

CITY OF NAPERVILLE, JOSHUA CHRISTENSON, and ARBEN SYLEJMANI,

By:     /s    Jennifer Bonner
        Jennifer Bonner

Jennifer Bonner
Senior Assistant City Attorney
City of Naperville
400 South Eagle Street
Naperville, Illinois 60540
Phone: (630) 420-6013
bonnerj@naperville.il.us

3

## CERTIFICATE OF SERVICE

I, Jennifer Bonner, certify that on February 4, 2026, that a true and correct copy of the

foregoing was served upon:

Sheryl Weikal
518 South Route 31, Suite 113
McHenry, Illinois 60050
sheryl@weikallaw.com

Nikoleta Lamprinakos
190 S. LaSalle St., Suite 2550
Chicago, IL 60603
nlamprinakos@robbins-schwartz.com

via electronic mail and by placing in the U.S. Mail prior to 5:00p.m.

By:   /s  Jennifer Bonner
Jennifer Bonner

Jennifer Bonner
Senior Assistant City Attorney
City of Naperville
400 South Eagle Street
Naperville, Illinois 60540
Phone: (630) 420-6013
bonnerj@naperville.il.us